# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| Gloria Crumpton and Lecretia Crumpton, ) | |
| ) | Case No. 7:16-cv-01902-JHE |
| Plaintiffs, ) | |
| v. ) | |
| Lendmark Financial Services, LLC, ) | |
| Defendant. ) | |

## NOTICE OF SETTLEMENT

Plaintiffs Gloria Crumpton and Lecretia Crumpton, and Defendant Lendmark Financial Services, LLC, by and through their undersigned counsel, submit this notice of settlement. The parties have reached a settlement of Plaintiffs' claims. The parties request a stay of all pending deadlines for sixty days in order to execute the settlement documents and to file a stipulated dismissal of the action.

Date: March 14, 2017

/s/ Aaron D. Radbil
Aaron D. Radbil (*pro hac vice*)
Greenwald Davidson Radbil PLLC
106 East Sixth Street, Suite 913
Austin, Texas 78701
Tel: (512) 322-3912
Fax: (561) 961-5684
aradbil@gdrlawfirm.com

Micah S. Adkins (ASB-8639-I48A)
THE ADKINS FIRM, P.C.
Two Perimeter Park South
Suite 405 E
Birmingham, Alabama 35243
Telephone: (205) 206-6718
Facsimile: (205) 208-9632
MicahAdkins@ItsYourCreditReport.com

Counsel for Plaintiffs and the proposed Class

1

> Gregory C. Cook
> Jonathan P. Hoffman
> Balch & Bingham LLP
> 1901 Sixth Avenue North, Suite 1500
> Birmingham, Alabama 35203
> Telephone: (205)-226-3426
> Email: gcook@balch.com
>
> *Counsel for Defendant*
> *Lendmark Financial Services, LLC*

## CERTIFICATE OF SERVICE

I certify that on March 14, 2017, the foregoing document was filed with the Court using CM/ECF, which will send notification of such to counsel of record.

> /s/ Aaron D. Radbil
> Aaron D. Radbil

2