# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| **Gloria Crumpton and Lecretia Crumpton** *On behalf of themselves and others similarly situated,* <br><br> Plaintiffs, <br><br> v. <br><br> **Lendmark Financial Services, LLC,** <br><br> Defendant. | Case No. 7:16-CV-01902-JHE |

## JOINT STIPULATION OF DISMISSAL

Plaintiffs Gloria Crumpton and Lecretia Crumpton ("Plaintiffs") and Defendant Lendmark Financial Services, LLC, by and through their respective undersigned counsel of record, hereby jointly stipulate and move, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, for an order providing that all Plaintiffs' claims in this case be dismissed, with prejudice, and the claims of unnamed putative class members be dismissed, without prejudice, with each party to bear its own costs and attorneys' fees.

Respectfully submitted, this the 25 day of April, 2017.

| | |
|---|---|
| Greg C. Cook <br> Jonathan P. Hoffmann <br> BALCH & BINGHAM LLP <br> Post Office Box 306 <br> Birmingham, Alabama 35201 <br> Tel (205) 226-8757 <br> Email: gcook@balch.com <br><br> *Attorneys for Lendmark Financial Services, LLC* | Aaron D Radbil <br> Greenwald Davidson Radbil PLLC <br> 106 E. 6th Street, Suite 913 <br> Austin, TX 78701 <br> Tel: (512) 322-3912 <br><br> aradbil@gdrlawfirm.com <br><br> *Attorney for Gloria Crumpton and Lecretia Crumpton* |