# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### WESTERN DIVISION

| | |
|---|---|
| GLORIA CRUMPTON, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No.: 7:16-cv-01902-JHE |
| ) | |
| LENDMARK FINANCIAL SERVICES, ) | |
| LLC, ) | |
| ) | |
| Defendant. | |

## ORDER DISMISSING CASE

A stipulation of dismissal, signed by all parties who have appeared, having been filed in this action, (doc. 23), it is hereby **ORDERED, ADJUDGED**, and **DECREED** that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the plaintiffs' claims are **DISMISSED**, **with prejudice**,[1] each party to bear its own costs and attorneys' fees.

The Clerk is **DIRECTED** to **TERM** document 11.

DONE this 27th day of April, 2017.

_____
**JOHN H. ENGLAND, III**
UNITED STATES MAGISTRATE JUDGE

---

[1] The claims are the unnamed putative class members are dismissed without prejducie.